# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adrien Joshua Espinoza,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jesse Spurgin, et al.,<br><br>　　　　Defendants. | No. CV-22-00692-PHX-ROS<br><br>**ORDER** |

On January 6, 2023, Magistrate Judge James F. Metcalf issued a Report and Recommendation noting Plaintiff did not return service packets nor did Plaintiff respond to an order to show cause. (Doc. 30). Based on Plaintiff's failure to prosecute, the Magistrate Judge recommended the case be dismissed without prejudice. Plaintiff did not file any objections.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 30) is **ADOPTED** and this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall close this case.

Dated this 21st day of February, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge